IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL CONGER and TERESA CONGER,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

　　　　Appellants,

CASE NO. 1D15-3468

v.

GLORIA KELLEY,

　　　　Appellee.

_____/

Opinion filed November 15, 2016.

An appeal from the Circuit Court for Duval County.
Tyrie W. Boyer, Judge.

Rob T. Cook of Rob Cook Attorney at Law, P.A., St. Augustine.  Jack Bridges of Jack Bridges, P.A., Tavernier, for Appellants.

Rhonda B. Boggess and Gina P. Grimsley, of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellee.

PER CURIAM.

　　　　AFFIRMED.

MAKAR, KELSEY, and WINSOR, JJ., CONCUR.